1  IRENE RUZIN, ATTORNEY AT LAW CSB# 125763
   LAW OFFICES OF IRENE RUZIN
2  16311 VENTURA BLVD., SUITE 900
   ENCINO, CA 91436
3  TEL:  (818) 325-2888
   FAX: (818) 325-2890
4  ireneruzin@earthlink.net

5  Attorney for Plaintiff, ROMAINE HOLMES-REESE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROMAINE HOLMES-REESE, | ) | Case No.: CV 07-3909 AGR |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | AWARDING EAJA FEES |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | ALICIA G. ROSENBERG |
| Defendants. | ) | UNITED STATES MAGISTRATE |
| | ) | JUDGE |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff' attorney, Irene Ruzin, as Plaintiff's assignee, is awarded attorney's fees under the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND ONE HUNDRED FIFTY DOLLARS ($4,150.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 17, 2008

*/s/ Alicia G. Rosenberg*
_____
ALICIA G. ROSENBERG
U.S. MAGISTRATE JUDGE